# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Robert D. | Southern District of New York | 02/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | American Bankruptcy Institute |
| 2. Circuit Governor | National Conference of Bankruptcy Judges |
| 3. Adjunct Professor | Pace University School of Law |
| 4. Chair | Judicial Insolvency Network |
| 5. Trustee | Margenne N. Drain Revocable Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of British Columbia | 2/7/2018 - 2/11/2018 | Vancouver, BC, Canada | Speaker at bankruptcy law conference; judge at intenational moot court | Airfare, hotel, food, other transportation, parking |
| 2. | American Bankruptcy Institute | 4/19/2018 - 4/22/2018 | Washington, DC | Speaker at bankruptcy law conference | Auto mileage, food, parking |
| 3. | Practcing Law Institute | 4/24/2018 - 4/24/2018 | New York, NY | Speaker at Bankruptcy CLE program | Traing, food |
| 4. | American Bankruptcy Institute | 5/24/2018 - 5/24/2018 | New York, NY | Speaker at bankruptcy law conference | Train, food |
| 5. | Hudson Valley bankruptcy Bar Association | 9/13/2018 - 9/14/2018 | Hyde Park, NY | Speaker at bench/bar conference | Auto mileage, hotel, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankrutpcy Institute | 9/20/2018 - 9/21/2018 | Washington, DC | Speaker at views from the bench conference | Train, hotel, food |
| 7. | American Bankruptcy Institute | 11/6/2018 - 11/6/2018 | New York, NY | Speaker at mid-level professional development program | Train, food |
| 8. | Association of Insolvency & Restructuring Advisors | 11/12/2018 - 11/12/2018 | New York, NY | Speaker at views from the bench program | Train, food |
| 9. | American Bankruptcy Institute | 12/5/2018 - 12/8/2018 | Phoenix, AZ | Speaker at bankruptcy law conference | Airfare, hotel, food, other transportation, parking |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank Account | A | Interest | K | T | | | | | |
| 2. Acess Financial Account (Cash and Stock) | B | Int./Div. | K | T | | | | | |
| 3. -FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 4. US Trust Managed Common Account (no control); see lines 5-141 | | | | | | | | | |
| 5. -Abiomed Inc | | None | J | T | Buy | 07/30/18 | J | | |
| 6. -Activision Blizzard | | None | | | Sold | 12/05/18 | J | | |
| 7. -Alphabet Inc. CL C Com | | None | M | T | | | | | |
| 8. -Alphabet Inc. CL A Com | | None | L | T | | | | | |
| 9. -Amazon Com | | None | M | T | Sold (part) | 07/03/18 | J | C | |
| 10. | | | | | Sold (part) | 08/28/18 | J | B | |
| 11. -Apple | A | Dividend | L | T | | | | | |
| 12. -Aptiv PLC | | None | J | T | | | | | |
| 13. -BB&T Corp. | A | Dividend | J | T | | | | | |
| 14. -Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 15. -Booking Hldgs (name changed from Priceline) | | None | K | T | | 02/27/18 | J | | |
| 16. -Boston Scientific | | None | K | T | | | | | |
| 17. -Broadcom Inc | | None | | | Buy | 05/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 19. | | | | | Sold | 12/05/18 | J | | |
| 20. -Celgene | | None | | | Sold<br>(part) | 03/02/18 | J | | |
| 21. | | | | | Sold | 05/29/18 | J | | |
| 22. -Cerner | | None | | | Sold | 03/02/18 | J | B | |
| 23. -Citigroup | A | Dividend | J | T | | | | | |
| 24. -Coca Cola | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 25. | | | | | Sold<br>(part) | 07/18/18 | J | | |
| 26. -Col. Dividend Income FD Cl. Z | B | Int./Div. | L | T | | | | | |
| 27. -Col. Select Large Cap Growth FD Cl. Z | D | Distribution | M | T | | | | | |
| 28. -Comcast Corp. | B | Dividend | L | T | | | | | |
| 29. -Constellation Brands Inc | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 30. | | | | | Sold<br>(part) | 07/18/18 | J | | |
| 31. -Costco Whlsl | A | Dividend | J | T | Sold<br>(part) | 07/18/18 | J | A | |
| 32. -Danaher | A | Dividend | K | T | | | | | |
| 33. -Delphi | | None | | | Sold<br>(part) | 02/07/18 | J | A | |
| 34. | | | | | Sold | 02/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Disney Walt Co. | A | Dividend | K | T | Sold<br>(part) | 06/05/18 | J | | |
| 36. -Electronic Arts Inc. | A | Dividend | | | Buy | 01/23/18 | J | | |
| 37. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 38. | | | | | Sold | 12/05/18 | J | | |
| 39. -EOG Res | A | Dividend | K | T | Buy<br>(add'l) | 11/14/18 | J | | |
| 40. -Exxon Mobil | B | Dividend | K | T | | | | | |
| 41. -Facebook | | None | K | T | Sold<br>(part) | 02/07/18 | J | C | |
| 42. | | | | | Sold<br>(part) | 03/28/18 | J | C | |
| 43. -Fortive | A | Dividend | J | T | | | | | |
| 44. -Gilead Sciences | A | Dividend | J | T | Sold<br>(part) | 12/05/18 | J | | |
| 45. -Goldman Sachs | A | Dividend | J | T | | | | | |
| 46. -Hershey | | None | | | Sold<br>(part) | 04/20/18 | J | A | |
| 47. | | | | | Sold | 04/23/18 | J | A | |
| 48. -Home Depot | A | Dividend | K | T | | | | | |
| 49. -Intercontinental Exchange | A | Dividend | K | T | | | | | |
| 50. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 51. -Kraft Heinz | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | -Lauder Estee Cos. | A | Dividend | J | T | Sold<br>(part) | 07/18/18 | J | A | |
| 53. | -Mastercard | A | Dividend | L | T | Sold<br>(part) | 03/28/18 | J | B | |
| 54. | -MFS Value FD Cl 1 | B | Int./Div. | L | T | | | | | |
| 55. | -Microsoft Corp. | A | Dividend | K | T | | | | | |
| 56. | -Mondelez Intl | | None | | | Sold | 04/18/18 | K | D | |
| 57. | -Monsanto New Com. | A | Dividend | | | Sold | 06/07/18 | K | C | |
| 58. | -Priceline Grp. Inc. (name changed to<br>Booking Hldg) | | None | | | | 02/27/18 | J | | |
| 59. | -Raytheon | A | Dividend | J | T | Sold<br>(part) | 07/30/18 | J | B | |
| 60. | -Salesforce Com. Inc. | | None | K | T | | | | | |
| 61. | -Schwab Charles | A | Dividend | J | T | | | | | |
| 62. | -SPDR S&P Dividend ETF | C | Int./Div. | M | T | | | | | |
| 63. | -Starbucks | A | Dividend | J | T | | | | | |
| 64. | -TJX Cos. | A | Dividend | K | T | | | | | |
| 65. | -Union Pacific | B | Dividend | L | T | | | | | |
| 66. | -United Parcel Cl B | A | Dividend | J | T | | | | | |
| 67. | -Vanguard Large-Cap ETF | C | Int./Div. | M | T | | | | | |
| 68. | -Verizon Com. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Vertex Pharmaceuiticals | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 70.   -Zoetis Inc. | A | Dividend | K | T | | | | | |
| 71.   -Agilent Technologies | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 72. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 73.   -Albermarle | A | Dividend | | | Buy (add'l) | 02/07/18 | J | | |
| 74. | | | | | Sold | 12/05/18 | J | | |
| 75.   -Amphenol | A | Dividend | J | T | | | | | |
| 76.   -Church & Dwight | A | Dividend | J | T | Sold (part) | 04/20/18 | J | A | |
| 77. | | | | | Sold (part) | 04/23/18 | J | A | |
| 78. | | | | | Sold (part) | 07/03/18 | J | C | |
| 79. | | | | | Sold (part) | 07/18/18 | J | A | |
| 80.   -Cimarex Energy | A | Dividend | | | Sold | 12/05/18 | J | | |
| 81.   -Hasbro Inc. | | | | | Buy | 08/03/18 | J | | |
| 82. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 83. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 84. | A | Dividend | | | Sold | 12/05/18 | J | | |
| 85.   -Hunt JB Trans. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Jacobs Engr Grp | A | Dividend | K | T | | | | | |
| 87. -Leidos Hldgs | A | Dividend | J | T | | | | | |
| 88. -SM Energy | A | Dividend | | | Sold | 12/05/18 | J | | |
| 89. -Teladoc | | None | K | T | Buy (add'l) | 04/20/18 | J | | |
| 90. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 91. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 92. | | | | | Buy (add'l) | 05/30/18 | J | | |
| 93. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 94. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 95. -Vanguard Mid-Cap ETF | C | Int./Div. | M | T | | | | | |
| 96. -Wabco Hldgs | | None | J | T | Sold (part) | 12/05/18 | J | | |
| 97. -Accenture PLC Cl A | A | Dividend | K | T | | | | | |
| 98. -Anheuser Busch Inbev | A | Dividend | | | | | | | |
| 99. | | | | | Sold | 12/05/18 | J | | |
| 100. -Asahi Grp | | None | | | Sold | 12/07/18 | J | | |
| 101. -Core Labs | A | Dividend | | | Sold | 12/05/18 | J | | |
| 102. -CTrip Com Intl | | None | | | Sold | 01/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -Danone | | None | | | Buy | 03/28/18 | J | | |
| 104. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 105. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 106. | | | | | Sold | 12/06/18 | J | | |
| 107.   -Dassault Systemes | | None | K | T | | | | | |
| 108.   -DBS Group Hldgs | | None | | | Buy | 02/09/18 | J | | |
| 109. | | | | | Sold | 12/07/18 | J | | |
| 110.   -Diageo ADR | A | Dividend | K | T | | | | | |
| 111.   -Fanuc Corp. | | None | J | T | Sold (part) | 12/07/18 | J | | |
| 112.   -Ingersoll Rand Ireland | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 113.   -Keyence Corp. | | None | K | T | Sold (part) | 03/30/18 | J | C | |
| 114.   -LyondellBasell | A | Dividend | J | T | | | | | |
| 115.   -Mobileye NV | | None | | | Sold | 06/12/18 | J | B | |
| 116.   -Nidec Corp. | | None | J | T | Sold (part) | 02/09/18 | J | B | |
| 117. | | | | | Sold (part) | 03/30/18 | J | C | |
| 118.   -Novozymes | | None | J | T | | | | | |
| 119.   -Onex | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Roche Hldgs | | None | J | T | Sold (part) | 12/06/18 | J | | |
| 121. -Softbank | | None | J | T | Sold (part) | 12/07/18 | J | | |
| 122. -Vanguard Total World Stock Index | | None | M | T | Buy | 12/05/18 | L | | |
| 123. | | | | | Buy (add'l) | 12/10/18 | L | | |
| 124. -Alibaba ADS | | None | K | T | Sold (part) | 01/26/18 | J | A | |
| 125. -China Communications Const. Co Ltd. | | None | | | Sold | 12/06/18 | J | | |
| 126. -Icici Bank ltd ADR | A | Dividend | K | T | | | | | |
| 127. -JD Com ADR | | None | | | Sold | 11/14/18 | J | | |
| 128. -Tencent Hldgs | | None | K | T | Sold (part) | 02/08/18 | J | C | |
| 129. | | | | | Sold (part) | 03/29/18 | J | A | |
| 130. -NY NY Go Ref BDS | C | Interest | M | T | | | | | |
| 131. -Babylon NY Pub Impt BDS | A | Interest | | | Matured | 01/18/18 | L | | |
| 132. -North Hempstead NY Pub Impt BDS | C | Interest | L | T | | | | | |
| 133. -Port Auth NY & NJ CONS BDS OID 2012 | C | Interest | M | T | | | | | |
| 134. -NY St. Dorm Auth Pers BDS 2022 | C | Interest | M | T | | | | | |
| 135. -Syracuse Pub Impt BDS | C | Interest | M | T | Buy | 02/07/18 | M | | |
| 136. -BofA Tax Exempt Reserves | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Blackrock Liquidity Fed Fund | B | Interest | L | T | Buy<br>(add'l) | 01/18/18 | L | | |
| 138. | | | | | Sold<br>(part) | 02/08/18 | M | | |
| 139. | | | | | Sold<br>(part) | 05/01/18 | K | | |
| 140. | | | | | Buy<br>(add'l) | 12/07/18 | K | | |
| 141. | | | | | Buy<br>(add'l) | 12/10/18 | L | | |
| 142.  US Trust managed IRA Rollover Account<br>(no control); see lines 143-204 | | | | | | | | | |
| 143.  -BofA Money Market Savings | A | Interest | K | T | | | | | |
| 144.  -IShares S&P 100 ETF | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 145. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 146.  -Col. Select Large Cap Growth Fd Cl Z | | None | M | T | | | | | |
| 147.  -MFS Value Fd | | None | | | Redeemed | 02/01/18 | J | B | |
| 148.  -Natixis Loomis Sayles Growth Fd | A | Dividend | J | T | Buy<br>(add'l) | 02/02/18 | K | | |
| 149. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 150.  -Oakmark Select Fd Cl 1 | A | Dividend | K | T | Buy<br>(add'l) | 02/02/18 | K | | |
| 151. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 152.  -Vanguard S&P 500 ETF | A | Dividend | K | T | Sold<br>(part) | 02/02/18 | M | E | |
| 153. | | | | | Buy<br>(add'l) | 06/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Baird Midcap Fd Instl | | None | J | T | Sold (part) | 04/02/18 | J | A | |
| 155. | | | | | Buy | 06/25/18 | J | | |
| 156.  -IShares Russell Mid Cap ETF | B | Int./Div. | L | T | Sold (part) | 02/02/18 | J | C | |
| 157. | | | | | Sold (part) | 04/02/18 | J | B | |
| 158. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 159.  -AQR Diversified Arbitrage Fd | | None | | | Redeemed | 02/01/18 | J | | |
| 160.  -AQR Managed Futures Strategy Fd | | None | | | Redeemed | 02/01/18 | J | | |
| 161.  -Arbitrage Fd | | None | | | Redeemed | 02/01/18 | J | A | |
| 162.  -Blackrock Global Long Short Fd | | None | | | Redeemed | 02/01/18 | J | A | |
| 163.  -MFS Mid Cap Value Fd Cl 1 | A | Dividend | J | T | Sold (part) | 04/02/18 | J | A | |
| 164. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 165.  -Conestoga Small Cap Fd | | None | K | T | Buy | 02/02/18 | K | | |
| 166.  -IShares Russell 2000 ETF | A | Dividend | K | T | Sold (part) | 02/02/18 | K | B | |
| 167.  -Wells Fargo Special Small Cap Value Fd | A | Dividend | K | T | Redeemed (part) | 02/01/18 | J | A | |
| 168. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 169.  -Harding Loevner Fds Intl Equity | A | Dividend | K | T | Buy (add'l) | 02/02/18 | K | | |
| 170. | | | | | Buy (add'l) | 06/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. -Oakmark Intl Fd | A | Dividend | K | T | Buy<br>(add'l) | 02/02/18 | K | | |
| 172. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 173. -Vanguard FTSE Developed Markets ETF | B | Int./Div. | L | T | Sold<br>(part) | 02/02/18 | L | D | |
| 174. | | | | | Buy<br>(add'l) | 06/26/18 | J | | |
| 175. -Hartford Mut Fds II Schroders Emerging Mkts | A | Dividend | K | T | Redeemed<br>(part) | 02/01/18 | J | B | |
| 176. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 177. -Neuberger Berman Long Short Fund | | None | K | T | Buy<br>(add'l) | 02/02/18 | J | | |
| 178. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 179. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 180. -Vanguard FTSE Emerging Markets ETF | B | Dividend | K | T | Sold<br>(part) | 02/02/18 | J | C | |
| 181. | | | | | Buy<br>(add'l) | 06/26/18 | J | | |
| 182. -IShares Core US Aggregate Bond ETF | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 183. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 184. -Abbey Capital Futures Strategy Fd | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 185. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 186. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 187. -Blackrock Strategic Income Opportunities | A | Dividend | K | T | Buy<br>(add'l) | 02/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 189.  -Boston Parners Long Short Res Fd | A | Dividend | K | T | Buy (add'l) | 02/02/18 | J | | |
| 190. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 191. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 192.  -Legg Mason BW Absolute Return Opp. Fd | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 193. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 194. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 195.  -The Merger Fd | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 196. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 197.  -Credit Suisse Commodity-Return Fd | B | Dividend | K | T | Buy | 02/02/18 | K | | |
| 198. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 199.  -Apple Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 200.  -Berkshire Hathaway Fin Corp Gtd Sr Nt. | B | Interest | L | T | | | | | |
| 201.  -Goldman Sachs Sr. Unsecured Nt | A | Interest | K | T | | | | | |
| 202.  -JPMorgan Chase Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 203.  -Walmart Stores Sr. Unsecd Nt | | None | | | Sold | 01/25/18 | K | | |
| 204.  -CMG Ultra Short Term Bond Fd | B | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Fifth Third Bancorp common | A | Int./Div. | J | T | | | | | |
| 206.  US Trust IRA (no control); see lines 207-215 | | | | | | | | | |
| 207.  -BofA Money Market | A | Interest | K | T | | | | | |
| 208.  -SPDR S&P Div. ETF | B | Int./Div. | K | T | | | | | |
| 209.  -SPDR S&P 500 ETF | C | Int./Div. | M | T | | | | | |
| 210.  -Vanguard Index Tr Total Stk Mkt | B | Dividend | L | T | Buy | 06/22/18 | L | | |
| 211.  -Vanguard Mid-Cap ETF | A | Int./Div. | J | T | | | | | |
| 212.  -Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 213.  -US Treas Strips | B | Interest | L | T | | | | | |
| 214.  -Col. Select Large Cap Growth Fd Cl. Z | | None | L | T | | | | | |
| 215.  -CMG Ultra Short Term Bond Fd | A | Interest | K | T | | | | | |
| 216.  US Trust Managed Trust Inv. Account; see lines 21-233 | | | | | | | | | |
| 217.  -BofA money market sav. account | A | Interest | K | T | Open | 08/13/18 | K | | |
| 218.  -AT&T Inc. | B | Dividend | K | T | Open | 08/13/18 | K | | |
| 219.  -Cigna Corp. | | None | J | T | Open | 08/13/18 | J | | |
| 220.  -Express Scripts Hldg | | | | | Open | 08/13/18 | J | | |
| 221. | | None | | | Merged (with line 219) | 08/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Exxon Mobil | A | Dividend | J | T | Open | 08/13/18 | J | | |
| 223. -General Elec | A | Dividend | J | T | Open | 08/13/18 | J | | |
| 224. -Honeywell Intl | C | Dividend | M | T | Open | 08/08/18 | M | | |
| 225. -SPDR S&P 500 ETF | B | Dividend | K | T | Open | 08/13/18 | L | | |
| 226. -Verizon Comm. | A | Dividend | K | T | Open | 08/13/18 | K | | |
| 227. -Advansix Inc. | | None | J | T | Open | 08/13/18 | J | | |
| 228. -Garrett Motion | | None | J | T | Spinoff (from line 224) | 11/01/18 | J | | |
| 229. -Residio Technologies | | None | J | T | Spinoff (from line 224) | 10/29/18 | J | | |
| 230. -Wal-Mart Sr. Unsecd NT | B | Interest | L | T | Open | 08/13/18 | L | | |
| 231. -Col. Bond Fund Instl 3 | D | Interest | M | T | Open | 08/13/18 | M | | |
| 232. -Col. Short Term Bond Fund Instl 3 | B | Interest | M | T | Open | 08/13/18 | M | | |
| 233. -Barclays BK Sr. NT UK | C | Interest | L | T | Open | 08/13/18 | L | | |
| 234. Merit Energy Co. gas rights Big Horn County, Wyo. | C | Royalty | L | W | Open | 08/13/18 | L | | |
| 235. reversionary interest in D.C. Apt. | | None | | | Open | 08/13/18 | N | | |
| 236. | | | | | Distributed | 12/07/18 | N | | |
| 237. US Trust core checking account 1 | | None | J | T | Open | 08/13/18 | L | | |
| 238. US Trust Core checking account 2 | | None | N | T | Open | 08/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Drain, Robert D. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Open | 08/23/18 | L | | |
| 240. | | | | | Open | 12/07/18 | N | | |
| 241. NYS 529 savings program #1-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | | | | | |
| 242. NYS 529 savings program #2-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | | | | | |
| 243. NYS 529 savings program #3-Moderate Age-Based Option Income Portfolio | B | Int./Div. | K | T | Distributed (part) | 10/15/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 02/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts, lines 4, 142, 206 and 206 are headings for the managed investment accounts that contain the investments that follow them, respectively, and are listed in such lines.

Part VII. Investments and Trusts, lines 15 and 58. This was simply a name change; no transaction field covers such an event.

Part VII. Investments and Trusts, lines 216-240 describe assets of the Margenne N. Drain Rev. Trust, of which I am the trustee and holder of one-half beneficial interest in, which passed to me on 8/13/19 upon grantor's death.

Part VII. Investments and Trusts, line 235 reflects 90% cash reversionary interest in April 2004 purchase price under association agreement.

Part VII. Investments and Trusts, line 239 reflects transfer of cash from line 237.

Part VII. Investments and Trusts, line 240 revlects transfer of cash proceeds from lines 235-236.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544